

# Fourth Court of Appeals
## San Antonio, Texas

May 19, 2014

No. 04-13-00191-CR

Cesar A. **SALCEDO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 11-1545-CR
William Old, Judge Presiding

## O R D E R

Sitting:    Sandee Bryan Marion, Justice
Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of May, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court